

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/23/2010

| | | |
|---|---|---|
| In re: | § | Case No. 05-48048-H5-7 |
| | § | |
| RUBY & RANDOLPH SIEBE | § | Chapter 7 |
| Debtor(s). | § | |

### ORDER FOR DEPOSIT OF FUNDS

Upon the Application of the Trustee to Pay Unclaimed Funds into the Registry of the Court under 11 U.S.C. § 347, the Trustee is directed to deposit into the registry those unclaimed funds reflected on the attachment to this order.

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

Dated: April 23, 2010

By: Kristy Cone
Deputy Clerk

APPROVED AND REQUESTED
FOR ENTRY:

By: /s/ Ronald J. Sommers
   Ronald J. Sommers, Trustee
   Texas Bar No. 18842500
   2800 Post Oak Blvd., 61st Floor
   Houston, Texas 77056-5705
   (713) 960-0303--Phone
   (713) 892-4800--Fax

58

EXHIBIT "A"

Please check one:

\_             Small Dividends

XX           Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| HUDSON & KEYSE<br>382 BLACKBOOK ROAD<br>PAINESVILLE, OH 44077 | 1 | 3,211.60 |
| HUDSON & KEYSE<br>382 BLACKBROOK ROAD<br>PAINESVILLE, OH 44077 | 2 | 4,189.51 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL: |  | $7,401.11 |