United States Bankruptcy Court
Southern District of Texas
FILED

APR 2 9 2010

David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 05-48048
Randolph Glen Siebe §
Ruby Scott Siebe Debtor(s). §
§

**Application for Payment of Unclaimed Funds
and Certificate of Service**

1.  I am making application to receive $ 4,189.51 , which was deposited as unclaimed funds on behalf of Hudson + Keyse, LLC
(*name of original creditor/debtor*).

2.  Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☑ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☑ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3.  I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: April 26, 2010

Applicant's Signature: *[signature]*
Applicant's Name: Jeffrey S. Berenholz, Esq.
Address: 382 Blackbrook Road
Painesville, OH 44077
Phone: (800) 654-1660

Subscribed and sworn before me this 26th day of April, 2010.

Notary Public
State of Ohio
My commission expires March 20, 2012

Attachments: 1. Order for Payment
2. Order for Deposit of Funds
3. _____
4. _____

## Certificate of Service

I certify that on April 26, 2010 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____
_____
_____



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/23/2010

| In re: | § | Case No.   05-48048-H5-7 |
|---|---|---|
|  | § |  |
| RUBY & RANDOLPH SIEBE | § | Chapter 7 |
| Debtor(s). | § |  |

### ORDER FOR DEPOSIT OF FUNDS

Upon the Application of the Trustee to Pay Unclaimed Funds into the Registry of the Court under 11 U.S.C. § 347, the Trustee is directed to deposit into the registry those unclaimed funds reflected on the attachment to this order.

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

Dated: April 23, 2010                         By: /s/ Kristy Cone
                                                  Deputy Clerk

APPROVED AND REQUESTED
FOR ENTRY:

By: /s/ Ronald J. Sommers
    Ronald J. Sommers, Trustee
    Texas Bar No. 18842500
    2800 Post Oak Blvd., 61st Floor
    Houston, Texas 77056-5705
    (713) 960-0303--Phone
    (713) 892-4800--Fax

58

### EXHIBIT "A"

Please check one:

\_        Small Dividends

XX       Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| HUDSON & KEYSE<br>382 BLACKBOOK ROAD<br>PAINESVILLE, OH 44077 | 1 | 3,211.60 |
| HUDSON & KEYSE<br>382 BLACKBROOK ROAD<br>PAINESVILLE, OH 44077 | 2 | 4,189.51 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL: |  | $7,401.11 |