

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/06/2010

IN RE: § Case No. 05-48048-H5-7

Randolph & Ruby Siebe

Debtor § §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __61__) is denied for the following reason(s):

1. __X__ Applicant's signature is not notarized.

2. __X__ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. __X__ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__ Other: No funds have been deposited by Trustee

Signed  MAY 0 6 2010  .

United States Bankruptcy Judge

```
                                                    United States Bankruptcy Court
                                                      Southern District of Texas
                                                              FILED

                                                          APR 2 9 2010
           UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF TEXAS              David J. Bradley, Clerk of Court
```

In Re:                           §       Case No. 05-48048
Randolph Glen Siebe              §
                                 §
Ruby Scott Siebe  Debtor(s).     §

## Application for Payment of Unclaimed Funds
## and Certificate of Service

1.   I am making application to receive $ 4,189.51 , which was deposited as unclaimed funds on behalf of Hudson + Keyse, LLC
(*name of original creditor/debtor*).

2.   Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☑   a.   Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐   b.   Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐   c.   Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☑   d.   Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐   e.   Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐   f.   None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: April 26, 2010    Applicant's Signature _____
 Applicant's Name  Jeffrey S. Berenholz, ESQ.
 Address  382 Blackbrook Road
  Painesville, OH 44077
 Phone:  (800) 654-1660

Subscribed and sworn before me this 26th day of April, 2010.

_____
Notary Public
State of Ohio
My commission expires March 20, 2012

Attachments: 1. Order for Payment
  2. Order for Deposit of Funds
  3. _____
  4. _____

## Certificate of Service

I certify that on April 26, 2010 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____

Case 05-48048   Document 62   Filed in TXSB on 05/06/10   Page 4 of 7
Case 05-48048   Document 61   Filed in TXSB on 04/29/10   Page 3 of 4
Case 05-48048   Document 59   Filed in TXSB on 04/23/10   Page 1 of 2



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/23/2010

| | | |
|---|---|---|
| In re: | § | Case No. 05-48048-H5-7 |
| | § | |
| RUBY & RANDOLPH SIEBE | § | Chapter 7 |
| Debtor(s). | § | |

## ORDER FOR DEPOSIT OF FUNDS

Upon the Application of the Trustee to Pay Unclaimed Funds into the Registry of the Court under 11 U.S.C. § 347, the Trustee is directed to deposit into the registry those unclaimed funds reflected on the attachment to this order.

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

Dated: April 23, 2010                    By: Kristy Cone
                                              Deputy Clerk

APPROVED AND REQUESTED
FOR ENTRY:

By: /s/ Ronald J. Sommers
    Ronald J. Sommers, Trustee
    Texas Bar No. 18842500
    2800 Post Oak Blvd., 61st Floor
    Houston, Texas 77056-5705
    (713) 960-0303--Phone
    (713) 892-4800--Fax

58

Case 05-48048   Document 62   Filed in TXSB on 05/06/10   Page 5 of 7
Case 05-48048   Document 61   Filed in TXSB on 04/29/10   Page 4 of 4
Case 05-48048   Document 59   Filed in TXSB on 04/23/10   Page 2 of 2

EXHIBIT "A"

Please check one:

__   Small Dividends

XX   Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| HUDSON & KEYSE<br>382 BLACKBOOK ROAD<br>PAINESVILLE, OH 44077 | 1 | 3,211.60 |
| HUDSON & KEYSE<br>382 BLACKBROOK ROAD<br>PAINESVILLE, OH 44077 | 2 | 4,189.51 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL: |  | $7,401.11 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 05-48048
§
Ruby + Randolph Siebe §
§
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of Hudson + Keyse, LLC,

seeking payment of $ 4,189.51 representing funds previously unclaimed by

Hudson + Keyse, LLC

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Hudson + Keyse, LLC is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ 4,189.51 to:

Hudson + Keyse, LLC
372 Blackbrook Road
Painesville, OH 44077

Signed this ___ day of _____, _____.

_____
United States Bankruptcy Judge

**Unclaimed Funds Distribution Order Checklist**

05-48048-H5-7
Reviewed by: ag
Date: 04/30/2010

| Yes | No | | |
|---|---|---|---|
| ☒ | ☐ | 1. | Applicant __Hudson & Keyse LLC__ is the original claimant. |
| ☐ | ☒ | 2. | Applicant's signature is notarized. |
| ☐ | ☒ | 3. | Amount being requested is identical to the amount on deposit on behalf of original claimant (if no, explain) **Funds have not been deposited by Trustee.** |
| ☒ | ☐ | 4. | Certificate of Service on U.S. Attorney and U.S. Trustee. |
| ☒ | ☐ | 5. | Proposed Order for Payment of Unclaimed Funds. |

**Individual Claimant (without representation):**

a. Current photo identification issued by a government agency (copy of current driver's license or passport for each claimant).

b. Include legible copies of supporting documents establishing the address of record at time of the other utility bill.

c. If claiming on behalf of a deceased party, please include a copy of:
  1. A death certificate;
  2. Appropriate probate documents which substantiate applicants right to act on behalf of decedent's estate.

☒ **Active Corporation:**

| | | | |
|---|---|---|---|
| ☐ | ☒ | a. | Current franchise tax corporate status in state of incorporation; |
| ☐ | ☒ | b. | A current list of officers and directors; |
| ☐ | ☒ | c. | Copy of Articles of Incorporation, Article of Merger or Successor Corporation, etc.; |
| ☐ | ☒ | d. | An imprint of the corporate seal; |
| ☐ | ☒ | e. | Business card reflecting claimants' name, officer or representative's name and title attached to company letterhead stationery; |
| ☐ | ☒ | f. | A photocopy of representative's identification credentials. |

**Inactive Corporation:**

a. Current franchise tax corporate status in state of incorporation;
b. A final list of officers and directors;
c. Copy of Articles of Incorporation, Articles of Merger or Successor Corporation, etc.;
d. Articles of Dissolution;
e. Date and list of final distribution of assets.

**Sole Proprietorship:**

a. Documents substantiating the identity of the sole proprietor and the name under which the business was conducted;
b. Documents showing business address at the time of the bankruptcy case (copy of invoice, a sales tax permit, business license).

**Partnership:**

Written documentation from all partners authorizing the representative to claim the funds on their behalf.

**Claimant Represented by Funds Locator:**

a. An original power of attorney with notarized signature;
b. Specific claimant entity requirements as previously described.